UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

WICHITA FALLS DIVISION

**ORIGINAL**

| UNITED STATES OF AMERICA | |
|---|---|
| VS | |
| CHADRICK DESHAWN MCBRIDE | 7:18-CR-020-O(09) |

## ORDER SETTING ADDITIONAL TERMS OF SUPERVISED RELEASE

It is hereby ORDERED that the above-named defendant, while on Choose an item., comply with the standard conditions recommended by the U.S. Sentencing Commission and comply with the following additional conditions:

1. The defendant shall not commit another federal, state, or local crime.

2. The defendant shall not illegally possess controlled substances.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

4. The defendant shall not possess a firearm, ammunition, destructive device, or any dangerous weapon.

5. The defendant shall report in person to the U.S. Probation Office in the district to which the defendant is released from the custody of the Federal Bureau of Prisons within 72 hours of release.

6. The defendant shall refrain from any unlawful use of a controlled substance, submitting to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer pursuant to the mandatory drug testing provision of the 1994 crime bill. (Macro MDT1FW)

7. The defendant shall participate in a program (inpatient and/or outpatient) approved by the probation officer for treatment of narcotic or drug or alcohol dependency that will include testing for the detection of substance abuse, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment and contributing to the costs of services rendered (copayment) at the rate of at least $40 per month. (Macro 23AFW)

8. The defendant shall abstain from the use of alcohol and all other intoxicants during the term of supervision. (Macro 23BB)

Chadrick Deshawn McBride, Defendant

Signed *[signature]*

*[FILED stamp: U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, FEB -4 2019, CLERK, U.S. DISTRICT COURT, By ___ Deputy]*