United States District Court
Northern District of Texas
Wichita Falls Divison



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 2 2020
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Chadrick D. McBride
Movant - Defendant

V.

Criminal Case Number:
7: 18-CR-20-O-9

United States District Court,
Respondent - Plaintiff.

Motion to Modify Sentence Pursuant To 18 U.S.C.
§ 3582(c)(1)

Comes Now, Chadrick DeShawn McBride, Movant,
appearing through Pro se Representation, and respectfully
moves this Honorable Court, pursuant to 18 U.S.C. §3582(c)(1).
I am writing respectfully requesting that I be considered
for an early release from prison under the Compassionate
Release Program, under 18 U.S.C. §3582(c)(1), and that
you treat this as a formal request for a reduction in
sentence (RIS).

I am at High Risk of Complications from the Covid-19
Because of my underlying conditions (High Blood Pressure.)
According to the CDC guidelines High Blood Pressure -
Hypertension is one of the most at Risk categories of
Covid - 19

During my incarceration I have made tremendous

progress improving myself, and my chances to remain a productive citizen upon release into the community by completing vocational training classes, and obtaining Certificates of Achievement in Education classes. (See B.O.P. Education printout in support of rehabilitation, attached to, and made part of this Motion.)

Further, I have a good prison work record, and have not received any incident reports during my incarceration.

I believe I am a good candidate for Compassionate Release for the following reasons. I have an address and place to stay. which I own my own house, steady 'income' which I own McBride's Day Care in Vernon TX. Had exemplary presentence behavior for 7 months passing every Drug Test, and kept employment with North Texas State Hospital, and Blattner Energy.

Therefore, I hereby Respectfully request that this Honorable Court Grant the 18 U.S.C. § 3582(c)(1) Motion, and appoint counsel, while taking into consideration my postsentencing rehabilitation, prison work, and conduct record.

## Conclusion

THEREFORE, PREMISES CONSIDERED, Movant prays, that this Honorable Court would Grant Him the relief Requested herein, AND ANY other relief the Court DEEMS Appropriate.

Respectfully submitted,

Chadrick D McBride
Chadrick D. McBRIDE, Movant
Pro se No. 57418-177
F.C.I. Big Spring
1900 simler Dr.
Big Spring Tx. 79720

## Certificate of Service

I hereby certify that a true and exact copy of the foregoing Motion to Modify Sentence was served upon Attorney for Respondent, at the United States Attorney's Office, 1000 Lamar Street Room 203, Wichita Falls, Tx. 76307-0000, by United States Postal Service, First Class Postage pre-paid, on this 15 day of JUNE, 2020

Chadrick D. McBride
Chadrick D. McBride



## Individualized Reentry Plan - Program Review  (Inmate Copy)
#### Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MCBRIDE, CHADRICK DESHAWN   57418-177

SEQUENCE: 02152731
Team Date: 03-31-2020

| | |
|---|---|
| Facility: | BIG  BIG SPRING FCI |
| Name: | MCBRIDE, CHADRICK DESHAWN |
| Register No.: | 57418-177 |
| Age: | 40 |
| Date of Birth: | 04-22-1979 |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BIG | VT HVAC | VT HVAC | 02-27-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BIG | ESL HAS | ENGLISH PROFICIENT | 04-16-2019 |
| BIG | GED HAS | COMPLETED GED OR HS DIPLOMA | 04-18-2019 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BIG | | COMMERCIAL DRIVER MON 6-8PM | 01-29-2020 | CURRENT |
| BIG | | HEATING AND AIR COND TWO | 02-25-2020 | CURRENT |
| BIG | C | HEATING AND AIR COND ONE | 11-19-2019 | 02-17-2020 |
| BIG | C | FOOD SERVICE MANAGEMENT VT 2 | 10-12-2019 | 11-19-2019 |
| BIG | C | COMMERCIAL DRIVER MON 6-8PM | 09-16-2019 | 11-04-2019 |
| BIG | C | ACE REAL ESTATE | 09-17-2019 | 11-05-2019 |
| BIG | C | FOOD SERVICE MANAGEMENT VT 1 | 05-11-2019 | 10-12-2019 |
| BIG | C | 3 HR TRAINING REC AIDE | 09-15-2019 | 09-17-2019 |
| BIG | C | NUTRIONAL & EXERCISE NEEDS | 07-01-2019 | 09-02-2019 |
| BIG | C | RPP 1 - A & O COMPLETE | 03-28-2019 | 03-28-2019 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 04-02-2019 |
| CARE2 | STABLE, CHRONIC CARE | 03-26-2019 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 03-26-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-26-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-26-2019 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP SCREEN | DRUG ABUSE PROGRAM SCREENING | 02-27-2020 |
| ED COMP | DRUG EDUCATION COMPLETE | 03-23-2020 |
| NR WAIT | NRES DRUG TMT WAITING | 02-27-2020 |

### FRP Details

Most Recent Payment Plan

| | | | |
|---|---|---|---|
| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 03-17-2020 |
| Inmate Decision: | AGREED | $25.00 | Frequency: QUARTERLY |
| Payments past 6 months: | $50.00 | | Obligation Balance: $0.00 |

Financial Obligations



MIDLAND / ODESSA
TX 797 11
15 JUN

RECEIVED
JUN 22 2020
CLERK U S DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

◇57418-177◇
U S District Court
203 Lamar ST
Wichita Falls, TX 76307-0000
United States

Chadrick McBride #57418-177
F.C.I. Big Spring
1900 Simler Ave.
Big Spring Tx. 79720

763013i544