United States District Court
Northern District of Texas
Wichita Falls Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 13 2020
CLERK U.S. DISTRICT COURT
By _____ Deputy

Chadrick D. McBride
Movant - Defendant

V.

Criminal Case Number
7:18-CR-20-O-9

United States District Court.
Respondent - Plaintiff.

Motion To Amend

Comes Now, Chadrick DeShawn McBride, Movant, appearing through Pro Se representation, and respectfully moves this Honorable Court, pursuant to AMEND.

Respectfully Submitted,

Chadrick D. McBride
Chadrick D. McBride, Movant
Pro Se No. 57418-177
F.C.I. Big Spring
1900 Simler Ave.
Big Spring TX, 79720
8-1-20

Chadwick M<sup>c</sup>Bride #57418-177
F.C.I. Big Spring
1900 Simler Ave.
Big Spring Tx. 79720

RECEIVED
AUG 13 2020

7630783016

United States District Court
1000 Lamar Street
Room 203
Wichita Falls Tx. 76307-0000

MIDLAND / ODESSA TX 797 1 T
10 AUG 2020 PM

